**Dismiss and Opinion Filed September 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00751-CR

**JOHN NATHANIEL THOMPSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83205-2021**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Goldstein
Opinion by Justice Molberg

John Nathaniel Thompson filed a notice of appeal, seeking to challenge the trial court's "judgment rendered on August 16, 2021." Filed with the notice of appeal are copies of the true bill of indictment and the trial court's docket sheet. The docket sheet shows appellant was indicted on August 21, 2021. Four days later, the trial court held a bond reduction hearing. According to the docket sheet, the trial court made a "General Docket Entry" that the "bond reduction is denied." Notably, the docket sheet does not show appellant filed an application for a pretrial writ of habeas corpus in this case.

Generally, this Court has jurisdiction to consider appeals by criminal defendants only after a judgment of conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.). We do not have jurisdiction to hear interlocutory appeals from pretrial orders regarding the denial or reduction of bond sought by motion. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) (courts of appeals lack jurisdiction to review interlocutory orders regarding excessive bail or the denial of bail). Furthermore, a written order or judgment is necessary for a defendant to perfect an appeal. *See State v. Sanavongxay*, 407 S.W.3d 252, 258 (Tex. Crim. App. 2012); *Westbrook v. State*, 753 S.W.2d 158, 159–60 & n.1 (Tex. Crim. App. 1988); *State v. Shaw*, 4 S.W.3d 875, 878 (Tex. App.–Dallas 1999, no pet.) (docket sheet entry cannot stand as order).

Here, the trial court's docket sheet states the bond reduction was denied but the trial court did not sign a written order. Both the lack of a written order and the nature of this proceeding, i.e., appealing the denial of bond reduction, deprive this Court of jurisdiction.

We dismiss this appeal for want of jurisdiction.

/Ken Molberg//
KEN MOLBERG
JUSTICE

210751f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JOHN NATHANIEL THOMPSON, Appellant

No. 05-21-00751-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas Trial Court Cause No. 219-83205-2021.
Opinion delivered by Justice Molberg. Justices Nowell and Goldstein participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 21st day of September, 2021.